# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00492-CV

### In re Dessie Maria Andrews

### ORIGINAL PROCEEDING FROM CALDWELL COUNTY

## M E M O R A N D U M   O P I N I O N

The combined petition for writ of mandamus and petition for writ of prohibition is denied. *See* Tex. R. App. P. 52.8(a).

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Kelly

Filed: October 22, 2019